UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br><br>       Defendant. | Civil Action No. 24-3505 (RDM) |

**USAID'S CONSENT MOTION
TO STAY AND TO VACATE INITIAL STATUS HEARING**

    Defendant U.S. Agency for International Development ("USAID") respectfully moves this Court to stay this Freedom of Information Act ("FOIA") case and any further processing of the FOIA request at issue. USAID seeks this relief due to USAID's recent announcement about staffing on its website as of February 23, 2025. On those same bases, USAID also moves to vacate the Initial Status Hearing currently scheduled for March 12, 2025. Pursuant to Local Civil Rule 7(m), counsel for USAID conferred with counsel for Plaintiff Center to Advance Security in America ("CASA"), who consents to the relief requested. The grounds for this motion are as follows.

    This FOIA case seeks records responsive to CASA's FOIA request submitted to USAID on or about July 26, 2024. Compl. (ECF No. 1) ¶ 6. CASA initiated this case on December 17, 2024. *See generally id.* USAID answered on February 5, 2025. *See generally* Answer (ECF No. 5). On February 5, this Court ordered the parties "confer and file a joint status report addressing (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the

parties." Min. Order (Feb. 5, 2025). The Court also set an initial scheduling conference for March 12, 2025. *Id.*

As Christopher Colbow states, "the number of remaining USAID personnel available to work on [FOIA] matters is extremely limited." Ex. 1, Colbow Decl. ¶ 4 (attached hereto). As USAID's website explains:

> As of 11:59 p.m. EST on Sunday, February 23, 2025, all USAID direct hire personnel, with the exception of designated personnel responsible for mission-critical functions, core leadership and/or specially designated programs, will be placed on administrative leave globally.
>
> Concurrently, USAID is beginning to implement a Reduction-in-Force that will affect approximately 1,600 USAID personnel with duty stations in the United States.
>
> Individuals that are impacted will receive specific notifications on February 23, 2025, with further instructions and information about their benefits and rights.
>
> Designated essential personnel who are expected to continue working will be informed by Agency leadership February 23, 2025, by 5 p.m. EST.

*Id.* ¶ 3; *see also* U.S. Agency for International Development, https://www.usaid.gov/ (last visited March 5, 2025).

With respect to USAID's FOIA resources, "all but three direct hire FOIA staff have either been terminated or placed on administrative leave, and there are only nine institutional support contractors that continue to have access to USAID systems." Colbow Decl. ¶ 4. Even those "three-remaining direct-hire FOIA personnel have received Reduction in Force notices, but have been deemed essential workers." *Id.* ¶ 5. These three employees are now responsible for processing 1002 valid FOIA requests, fifteen open litigations, three appeals, and twelve consultations. *Id.* ¶ 6. "USAID continues to process these requests to the best of its ability[.]" *Id.*

Given the current severe reduction of USAID's FOIA operations, USAID respectfully requests a stay of this matter and the opportunity to file a status report in approximately ninety

days to report on the status of USAID's FOIA operations. The requested stay will affect all further processing of the FOIA request at issue here. This disruption to the deadlines is, however, unavoidable for the reasons set forth above. For these same reasons, USAID moves to vacate the Initial Status Conference currently set for March 12, 2025, as the undersigned may not have any relevant updates on USAID's FOIA operations to inform the Court at that hearing.

For these reasons, USAID respectfully requests that the Court stay of this matter and USAID's obligation to respond to CASA's FOIA request and to vacate the March 12 status hearing. USAID proposes that it file a status report within ninety days, on or before May 29, 2025, to provide an update to the Court on the status of USAID's FOIA operations.

| | |
|---|---|
| Dated: March 5, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By:      /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar # 1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,    Defendant. | Civil Action No. 24-3505 (RDM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of USAID's motion for a stay and to vacate status hearing, and the entire record, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that this matter is hereby STAYED pending further order of the Court; and it is further

ORDERED that the Initial Status Conference set for March 12, 2025, is hereby VACATED; and it is further

ORDERED that USAID shall file a status report on or before May 29, 2025, to update the Court on the status of USAID's FOIA operations.

SO ORDERED:

_____                        _____
Dated                                                                                  RANDOLPH D. MOSS
                                                                                        United States District Judge