UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br><br>    Defendant. | Civil Action No. 24-3505 (RDM) |

## **DECLARATION OF CHRISTOPHER COLBOW**

I, Christopher Colbow, hereby declare as follows:

1. I am the FOIA Public Liaison at the U.S. Agency for International Development ("USAID"). I oversee the Information and Records Division within the Management Bureau at USAID. I have served in this capacity for approximately six years.

2. I make this declaration in support of the above-captioned matter. All information herein is based upon my personal knowledge, experience, or documents or materials I have reviewed.

3. As of March 5, 2025, USAID's website stated in relevant part:

Notification of Administrative Leave
As of 11:59 p.m. EST on Sunday, February 23, 2025, all USAID direct hire personnel, with the exception of designated personnel responsible for mission-critical functions, core leadership and/or specially designated programs, will be placed on administrative leave globally.

Concurrently, USAID is beginning to implement a Reduction-in-Force that will affect approximately 1,600 USAID personnel with duty stations in the United States.

Individuals that are impacted will receive specific notifications on February 23, 2025, with further instructions and information about their benefits and rights.

Designated essential personnel who are expected to continue working will be informed by Agency leadership February 23, 2025, by 5 p.m. EST.

For overseas personnel, USAID intends a voluntary Agency-funded return travel program and other benefits. USAID is committed to keeping its overseas personnel safe. Until they return home, personnel will retain access to Agency systems and to diplomatic and other resources.

In the coming week, we will provide details on how to retrieve personal items from the former USAID workspaces and return government issued devices.

Additional guidance is forthcoming, and all future updates/notices will continue to be communicated through official USAID channels and posted on USAID.gov for those without access to USAID systems.

4. As of the date of this declaration, the number of remaining USAID personnel available to work on Freedom of Information Act ("FOIA") matters is extremely limited. To the best of my knowledge and belief, USAID's FOIA staffing has been reduced by half: all but three direct hire FOIA staff have either been terminated or placed on administrative leave, and there are only nine institutional support contractors that continue to have access to USAID's systems. This means that USAID's capacity to manage records searches; review records for exempt information; and assist in drafting *Vaughn* indices, search declarations, or other materials generally provided to opposing counsel and courts in connection with FOIA requests sent to USAID and ongoing FOIA litigation is severely constrained.

5. As of the date of this declaration and to the best of my knowledge and belief, the three-remaining direct-hire FOIA personnel have received Reduction in Force notices, but have been deemed essential workers.

6. As of the date of this declaration and to the best of my knowledge and belief, USAID has 1002 valid FOIA requests; 15 open litigations; three appeals, and 12 consultations.

- 3 -

USAID continues to process these requests to the best of its ability given the 50% staffing reduction.

     In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2025.

_____
Christopher Colbow

FOIA Public Liaison
U.S. Agency for International Development